IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00163-RPM-CBS

GOLD PONT LODGING & REALTY, INC., d/b/a
GRAND TIMBER LODGE,

    Plaintiff,

v.

SELECT TRAVEL, LC, d/b/a
GREATESCAPES VACATION CLUB,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [10], filed on February 27, 2009, it is

ORDERED that this action is dismissed with prejudice, all parties to bear their own costs and attorney's fees.

Dated: February 27[th,] 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge